EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s): |
|---|---|---|

**Florida Commission On Human Relations, City of Tampa Office of Human Rights,** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. John Forbes | [redacted] | [redacted] |

| Street Address | City, State and ZIP Code |
|---|---|
| [redacted] | [redacted] |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| H. Lee Moffitt Cancer & Research Institution, Inc. | 15+ | (813) 745-4673 |

| Street Address | City, State and ZIP Code |
|---|---|
| 12902 USF Magnolia Drive | Tampa, FL 33612 |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (*Check appropriate box(es).*)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (*Specify*)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: N/A    Latest: 09/21/2018

☐ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I believe I was terminated on the basis of my national origin (Jamaican) in violation of Title VII of the Civil Rights Act of 1964, the Florida Civil Rights Act of 1992, and the City of Tampa's Human Rights Ordinance, at minimum. I was terminated from my almost 29-years of employment with H. Lee Moffitt Cancer & Research Institution, Inc. on or about September 21, 2018. During my employment, I worked in the cafeteria. Throughout my employment, the practice for all cafeteria employees was that we would get breakfast for free, snack for free, and would only have to pay $1 for lunch. Nevertheless, I was fired for allegedly stealing food.

I was the only Jamaican employee working in the cafeteria. Other employees had engaged in the same practice concerning breakfast, snack, and lunch for as long as I can remember. And yet, they were not terminated for the same "offense." I was not subject to progressive discipline on this issue and I am unaware of any policy I violated that would have subjected me to termination after so many years of dedicated service. I short, I believe I was treated worse than other individuals who are not Jamaican as a result of my being Jamaican.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements*<br>Angel Daniels; Notary Comm. #: GG045044 |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>6/6/19  *John Forbes*<br>Date   Charging Party Signature | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*)<br>June 6, 2019 |

Attorney of Record: Shaina Thorpe, Thorpe & Thorpe, P.A., 1228 East 7th Ave. Ste. 200, Tampa, FL 33605; (813) 400-0229

EXHIBIT A